UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| DENNIS RAY DAVIS JR. | CIVIL ACTION NO. 5:18-cv-009-P |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| ROBERT WYCHE, ET AL. | MAG. JUDGE KAREN L. HAYES |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after a de novo review of the record, including the objections filed by Plaintiff, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights complaint is **DENIED** and **DISMISSED** with prejudice in accordance with the provisions of 28 U.S.C. §§ 1915(e)(2)(b) and 1915A. The false imprisonment claim is dismissed with prejudice until such time as the Heck conditions are met.

The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the Three Strikes List in Tyler, Texas.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 11th day of JUNE, 2018.

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE